# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**MARCUS B. HARRIS,**

    *Plaintiff*,

v.                                  **CASE NO. 4:16cv72-MW/GRJ**

**PAMELA C. MARSH,**
**U.S. ATTORNEY,**

    *Defendant.*

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the magistrate judge's report and recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5.

The magistrate judge recommends that this case be dismissed under the three-strikes bar in 28 U.S.C. § 1915(g). In his objections, Plaintiff argues that this action—which he brought on behalf of Rudolph Harris—should not be dismissed because he—that is, Plaintiff—is in imminent danger. Plaintiff is correct that there is an imminent danger exception to the three-strikes bar. *Brown v. Johnson*, 387 F.3d 1344, 1350 (11th Cir. 2004). But he

cannot assert such an exception in this case—which was brought to compel the United States Attorney to conduct a grand jury investigation into Rudolph Harris' death not to protect his own rights. That is, Plaintiff's assertion of imminent danger would be an exception to the threes-strikes rule only if he was asserting his own claim under 42 U.S.C. § 1983.

Accordingly,

**IT IS ORDERED**:

1. The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.

2. The Clerk must enter judgment stating, "This case is **DISMISSED** without prejudice pursuant to the 28 U.S.C. § 1915(g) three-strikes bar."

3. The Clerk must close the file.

**SO ORDERED on February 25, 2016.**

                                            s/Mark E. Walker
                                            **United States District Judge**